UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO ALL CASES | MDL No. 3036 <br><br> Civil Action No. 3:22-md-03036-RJC |

**PLAINTIFFS' MOTION TO COMPEL**

The MDL Plaintiffs, by and through counsel and pursuant to Federal Rules of Civil Procedure 26, 33, 34, and 37, respectfully move this Honorable Court to enter an order compelling Defendants MERCK & CO., INC., and MERCK SHARP & DOHME LLC. (collectively "Merck") to: (1) produce documents and further responses for Requests for Production of Documents Nos. 3–4, 10, 18–19, 32, 45–49, 55–56, 60–65 & 71–74; (2) provide further responses to Interrogatory Nos. 36, 78–80 & 86–87; and (3) grant such other fair and just relief that is warranted under the circumstances.

Plaintiffs have met and conferred with Merck regarding these discovery requests, and the Parties remain at an impasse.

In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law and exhibits.

Dated: November 18, 2022

Respectfully submitted,

*/s/ Bijan Esfandiari*
Bijan Esfandiari (SBN: 223216)
**BAUM, HEDLUND, ARISTEI, & GOLDMAN, P.C.**
11111 Santa Monica Blvd, Suite 1750

1

Los Angeles, CA 90025
Telephone: (310) 207-3233
Email: besfandiari@baumhedlundlaw.com

Paul J. Pennock
**MORGAN & MORGAN**
350 Fifth Avenue, Suite 6705
New York, NY 10118
Telephone: (212) 738-6839
Email: ppennock@forthepeople.com

K. Rachel Lanier
**THE LANIER LAW FIRM**
21550 W Oxnard St 3rd Floor
Woodland Hills, CA 91367
Telephone: (713) 659.5200
Email: rachel.lanier@lanierlawfirm.com

*Plaintiffs' Co-Lead Counsel*

Allison Mullins
**Turning Point Litigation**
**Mullins Duncan Harrell & Russell PLLC**
300 N. Greene St., Suite 2000
Greensboro, NC 27401
Telephone: (336) 645-3321
Email: amullins@turningpointlit.com

*Plaintiffs' Liaison Counsel*

2

# CERTIFICATE OF SERVICE

I, Bijan Esfandiari, hereby certify that the foregoing document was filed on the date indicated below using the Court's ECF system, which will provide notice of this filing to all counsel of record.

This, the 18th day of November 2022.

*/s/ Bijan Esfandiari*
Bijan Esfandiari