UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-md-03036-RJC-DCK

| | | |
|---|---|---|
| IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 3036<br><br>THIS DOCUMENT RELATES TO ALL CASES |

**JOINT PROPOSED AGENDA FOR DECEMBER 14, 2022, CONFERENCE**

Pursuant to the Court's Second Pretrial Order, dated October 13, 2022, and the Court's Text Order, dated November 4, 2022, the parties jointly submit the following proposed Agenda for the Second Pretrial Conference on December 14, 2022:

I. Scheduling of Future Conferences for 2023

II. Pleadings

   a. Agreed Deadline for Amending Pleadings

   b. Agreed Deadline for Filing Counterclaims, Crossclaims, and Third-Party Complaints

   c. Deadline for Merck's Federal Rule of Civil Procedure 12 Motions

   d. Timing and Format of Merck's Answer (i.e., whether Merck shall file a single general denial and preliminary list of affirmative defenses, or separate answers to individual complaints)

III. Parties' Proposed Discovery Plans

IV. Discovery Disputes and Coordination of California State Court Litigation with MDL

V. Fact Sheets and Related Orders

VI. Additional Matters

   a. Proper Party Order

   b. Agreed Waiver of Service Order

   c. Agreed Direct Filing Order

   d. Protective Order

   e. ESI Order

   f. Science Day

VII. Plaintiffs' Proposed Committees (ECF No. 32)

| | |
|---|---|
| Date: December 2, 2022 | Respectfully submitted, |
| /s/ Paul J. Pennock | /s/ Allyson M. Julien |
| Paul J. Pennock | Allyson M. Julien |
| *Co-Lead Counsel for Plaintiffs* | *Co-Lead Counsel for Merck* |
| Morgan & Morgan | GOLDMAN ISMAIL TOMASELLI |
| 350 Fifth Avenue, Suite 6705 |   BRENNAN & BAUM LLP |
| New York, NY 10118 | 200 South Wacker Drive |
| Telephone: (212) 738-6839 | 22nd Floor |
| ppennock@forthepeople.com | Chicago, IL 60606 |
| | Telephone: (312) 881-5968 |
| Bijan Esfandiari | Facsimile: (312) 881-5191 |
| *Co-Lead Counsel for Plaintiffs* | ajulien@goldmanismail.com |
| Baum Hedlund Aristei & Goldman P.C. | |
| 10940 Wilshire Blvd., Suite 1600 | David E. Dukes |
| Los Angeles, CA 90024 | *Co-Lead Counsel for Merck* |
| Telephone: (310) 207-3233 | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| Facsimile: (310) 820-7444 | 1320 Main St., 17th Floor |
| besfandiari@baumhedlundlaw.com | Columbia, SC 29201 |
| | Telephone: (803) 255-9451 |
| K. Rachel Lanier | Facsimile: (803) 256-7500 |
| *Co-Lead Counsel for Plaintiffs* | david.dukes@nelsonmullins.com |
| The Lanier Law Firm | |
| 21550 W Oxnard St 3rd Floor | David C. Wright III |
| Woodland Hills, CA 91367 | *Liaison Counsel for Merck* |
| Telephone: (713) 659-5200 | ROBINSON, BRADSHAW & HINSON P.A. |
| rachel.lanier@lanierlawfirm.com | 101 N. Tryon Street, Suite 1900 |

Allison Mullins
*Liaison Counsel for Plaintiffs*
Mullins Duncan Harrell & Russell PLLC
300 N. Greene St., Suite 2000
Greensboro, NC 27401
Telephone: (336) 645-3321
amullins@turningpointlit.com

Charlotte, NC 28246
Telephone: (704) 377-8322
Facsimile: (704) 373-3922
dwright@robinsonbradshaw.com