```
                    IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF NORTH CAROLINA
```

| | |
|---|---|
| IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br><br>*Aina Rizvi v. Merck & Co., Inc. and Merck Sharp & Dohme Corp., et al.*<br>Civil Action No. 3:22-cv-00433 | MDL No. 3036<br>Civil Action No. 3:22-md-03036<br><br>**NOTICE OF MOTION TO DISMISS** |

```
TO:   Laura Feldman, Esq.
      Feldman & Pinto
      30 South 15th St., 15th floor
      Philadelphia, PA 19102

      Bijan Esfandiari
      Michael L. Baum
      Baum, Hedlund, Aristei, & Goldman, P.C.
      10940 Wilshire Blvd., Suite 1600
      Los Angeles, CA 90024

      Edward Dumoulin, Esq
      Goldman Ismal
      Chicago, IL

SIRS:
```

PLEASE TAKE NOTICE that on January 27, 2023 or as soon thereafter as counsel may be heard, the undersigned will apply to the above-named Court, Western District of North Carolina, for an Order dismissing any and all claims for failure to serve an Affidavit of Merit. The defendants will rely upon the attached Certification and Brief of Counsel.

Oral argument is respectfully requested if the Motion is opposed. A proposed form of order is attached hereto.

<u>PROOF OF SERVICE</u>

On December 19, 2022, I served, via electronic filing (Pacer/ECF) a copy of the Defendant's notice of motion, certification, supporting brief, and a proposed form of order upon all counsel.

A courtesy copy of the supporting brief only was sent to the Honorable Judge Robert Conrad, Jr. via regular mail.

RUPRECHT HART RICCIARDULLI & SHERMAN, LLP
Attorneys for Defendants, Watchung Pediatrics, Susan Korb, APN and Vineetha Alias, D.O.


*/s/Jessica J. Mahony*

By:_____
         Jessica J. Mahony

Dated: December 19, 2022