IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br><br>*Aina Rizvi v. Merck & Co., Inc. and Merck Sharp & Dohme Corp., et al.*<br>Civil Action No. 3:22-cv-00433 | MDL No. 3036<br>Civil Action No. 3:22-md-03036<br><br>**ORDER TO DISMISS** |

This matter having been brought before the Court by Ruprecht, Hart, Ricciardulli & Sherman, LLP, attorneys for the defendants, Watchung Pediatrics, Susan Korb, APN and Vineetha Alias, D.O., for an Order to dismiss for failure to serve an Affidavit of Merit, having considered the matter and for good cause appearing;

It is on this _____ day of _____, 2023:

ORDERED that the motion filed on behalf of defendants, Watchung Pediatrics, Susan Korb, APN and Vineetha Alias, D.O. is hereby **granted**; and it is

FURTHER ORDERED that the plaintiff's Complaint and any and all crossclaims are hereby dismissed; and it is

FURTHER ORDERED that a copy of this Order shall be deemed served via electronic filing (Pacer/ECF).

_____
HON.  Robert Conrad, Jr.