| | |
|---|---|
| IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION | MDL No. 3036<br><br>THIS DOCUMENT RELATES TO ALL CASES |

## JOINT STIPULATION AND ORDER REGARDING ALTERNATIVE FOR SERVICE OF PROCESS ON MERCK ENTITIES

1. This Order applies to all actions currently pending in or later transferred to *In re Gardasil Products Liability Litigation* ("MDL No. 3036") by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to its August 4, 2022, Transfer Order, all related actions originally filed in or removed to this Court, and any "tag-along" actions transferred to this Court by the JPML subsequent to the filing of the final Transfer Order (collectively "Member Actions").

2. This Order provides the manner in which Merck entities may be served with process of a Summons and Complaint that has been properly filed in, removed to, or transferred to MDL No. 3036. This Order does not apply to service of process for lawsuits pending in state court.

3. This Order does not preclude a Plaintiff from serving Merck entities as prescribed in Federal Rule of Civil Procedure 4.

4. Nothing in this Order may be construed as a waiver or limitation of any rights or defenses available to Merck.

5. For the sake of efficiency of all parties, Merck has agreed to accept service of a Summons and Complaint related to a products liability action related to Gardasil and either filed directly into

MDL No. 3036 or transferred into MDL No. 3036, via email at the following email address: Gardasilservice@merck.com.

6. If service is accomplished via email, the body of the email shall identify by name each plaintiff named in a Complaint served by that email.

7. If service is accomplished via email, service shall be deemed completed at the time of the electronic submission, provided there is no email bounce-back within twenty-four (24) hours.

8. Merck's responsive pleading deadline and related procedures shall be set forth in a separate Order.

9. Should Merck seek to change the email or method of alternative service set forth above, counsel for Merck shall promptly advise Plaintiffs' Liaison and Co-Lead Counsel via email, who shall notify all Plaintiffs' counsel of the change. For any change, absent agreement of the parties or special circumstances, there shall be thirty (30) days before any change in the email or other method of alternative service is effectuated.

**SO ORDERED.**

Signed: January 27, 2023

Robert J. Conrad, Jr.
United States District Judge