UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-md-03036-RJC-DCK

| | | |
|---|---|---|
| IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 3036<br><br>THIS DOCUMENT RELATES TO ALL CASES |

### JOINT PROPOSED AGENDA FOR MARCH 28, 2023, CONFERENCE

The parties jointly submit the following proposed Agenda for the Fifth Pretrial Conference on March 28, 2023:

I. Update on Status of ESI Order

II. Update on Status of Production and Meet and Confers related to Plaintiffs' Motion to Compel

III. Update on Status of DFS Order

IV. Plaintiff Fact Sheet Part I – Government Expert Reports

V. Update on *Lexecon* Waivers

Date: March 21, 2023

Respectfully submitted,

/s/ K. Rachel Lanier
K. Rachel Lanier
*Co-Lead Counsel for Plaintiffs*
The Lanier Law Firm
2829 Townsgate Rd Suite 100
Westlake Village, CA 91361
Telephone: (713) 659-5200
rachel.lanier@lanierlawfirm.com

/s/ Allyson M. Julien
Allyson M. Julien
*Co-Lead Counsel for Merck*
GOLDMAN ISMAIL TOMASELLI
 BRENNAN & BAUM LLP
200 South Wacker Drive
22nd Floor
Chicago, IL 60606
Telephone: (312) 881-5968
Facsimile: (312) 881-5191
ajulien@goldmanismail.com

Paul J. Pennock
*Co-Lead Counsel for Plaintiffs*
Morgan & Morgan
350 Fifth Avenue, Suite 6705
New York, NY 10118
Telephone: (212) 738-6839
ppennock@forthepeople.com

Bijan Esfandiari
*Co-Lead Counsel for Plaintiffs*
Baum Hedlund Aristei & Goldman P.C.
10940 Wilshire Blvd., Suite 1600
Los Angeles, CA 90024
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
besfandiari@baumhedlundlaw.com

Allison Mullins
*Liaison Counsel for Plaintiffs*
Mullins Duncan Harrell & Russell PLLC
300 N. Greene St., Suite 2000
Greensboro, NC 27401
Telephone: (336) 645-3321
amullins@turningpointlit.com

David E. Dukes
*Co-Lead Counsel for Merck*
NELSON MULLINS RILEY & SCARBOROUGH LLP
1320 Main St., 17th Floor
Columbia, SC 29201
Telephone: (803) 255-9451
Facsimile: (803) 256-7500
david.dukes@nelsonmullins.com

David C. Wright III
*Liaison Counsel for Merck*
ROBINSON, BRADSHAW & HINSON P.A.
101 N. Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-8322
Facsimile: (704) 373-3922
dwright@robinsonbradshaw.com