IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-MD-03036-KDB

| | | |
|---|---|---|
| IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 3036<br><br>**THIS DOCUMENT RELATES TO ALL CASES** |

## ORDER

**THIS MATTER** is before the Court for the review of various assertions of privilege by Defendant with respect to a sample of 100 documents provided to the Court pursuant to an agreed process in which the Parties will each submit 100 disputed Privilege Log entries to the Court. *See* Doc. No. 149. The Court has carefully considered these claims of privilege and, with a single exception, (Privilege Log entry 326), upholds the claims of privilege and denies Plaintiff's objections. The details of the Court's review are attached in Exhibit 1. The Court also notes that, although it is of course not yet fully knowledgeable about all the factual issues involved in this action, it appears that it would be unlikely that the substance of the documents being withheld would have any material impact on the litigation even if they had been required to be produced. It is the Court's hope that these rulings will inform the Plaintiffs' selection of additional Privilege Log entries for the Court's review.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: June 10, 2024

*/s/ Kenneth D. Bell*

Kenneth D. Bell
United States District Judge