IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-MD-03036-KDB

| | |
|---|---|
| IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION | MDL No. 3036<br><br>THIS DOCUMENT RELATES TO ALL CASES |

### ORDER

**THIS MATTER** is before the Court for the review of various assertions of privilege by Defendant pursuant to an agreed process in which the Parties will each submit 100 disputed Privilege Log entries to the Court. *See* Doc. No. 149. Of the 100 entries selected by Plaintiffs for the Court's review, Defendant maintained its original privilege designation over 43 documents, revised its privilege designation over 7 documents, and withdrew its privilege claim over 50 documents. The Court has carefully considered these claims of privilege and, with a single exception, (Privilege Log entry 8802), upholds the claims of privilege and denies Plaintiff's objections. The details of the Court's review are attached in Exhibit 1. Also, as with its earlier review, it appears that it would be unlikely that the substance of the documents being withheld would have any material impact on the litigation even if they had been required to be produced.

**SO ORDERED ADJUDGED AND DECREED.**

Signed: July 17, 2024

Kenneth D. Bell
United States District Judge