**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-MD-03036-KDB**

| | |
|---|---|
| IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION | MDL NO. 3036 |
| | THIS DOCUMENT RELATES TO: |
| ANGELA M. WALKER,<br><br>        Plaintiff,<br>  v.<br><br>MERCK & CO., INC. and MERCK SHARP & DOHME LLC,<br><br>        Defendants. | CASE NO. 3:24-CV-00433 |

## NOTICE OF APPEAL

Pursuant to Rule 3 of the Federal Rules of Appellate Procedure, Plaintiff Angela M. Walker hereby gives notice of her appeal to the United States Court of Appeals for the Fourth Circuit from the following orders of the District Court:

(1) The District Court's July 31, 2024 Order dismissing Plaintiffs claims in their entirety, which was entered in MDL No. 3036 at ECF Docket No. 164 and constituted a final judgment in Plaintiff s case;

(2) The District Court's June 27, 2024 Order, which was entered in MDL No. 3036 at ECF Docket No. 156 and held applicable to Plaintiff s individual case by the District Court and merged into the final judgment entered on July 31, 2024 in Plaintiffs case;

(3) The District Court's March 20, 2024 Order, which was entered in MDL No. 3036 at ECF Docket No. 132 and held applicable to Plaintiff s individual case

by the District Court and merged into the final judgment entered on July 31, 2024 in Plaintiff's case; and

(4) All prior adverse orders of the District Court which have now merged into the judgment entered on July 31, 2024 in Plaintiff's case.

The District Court administratively closed individual case files of cases pending in MDL 3036 (MDL Docket No. 9) and has been maintaining all materials in a single docket for MDL 3036. Plaintiff is thus filing this Notice of Appeal under the case number assigned to the MDL (3:22- MD-3036) and noting that it is related to her individual case (3:24-CV-0433). Out of an abundance of caution, Plaintiff is also filing this Notice of Appeal under the case number assigned to her individual claim (3:24-CV-0433).

DATED: August 28, 2024.

Respectfully submitted,

/s/ Robert M. Hatch
MARGERY S. BRONSTER (admitted pro hac vice) (Hawaii Bar No. 4750)
ROBERT M. HATCH (admitted pro hac vice) (Hawaii Bar No. 7724)
BRONSTER FUJICHAKU ROBBINS
1003 Bishop Street, Suite 2300
Honolulu, Hawai'i 96813
Telephone: (808) 524-5644
E-mail: mbronster@bfrhawaii.com
rhatch@bfrhawaii.com
Attorneys for Plaintiff
ANGELA M. WALKER

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 28, 2024, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

/s/ *Robert M. Hatch*
MARGERY S. BRONSTER (admitted pro hac vice) (Hawaii Bar No. 4750)
ROBERT M. HATCH (admitted pro hac vice) (Hawaii Bar No. 7724)
BRONSTER FUJICHAKU ROBBINS
1003 Bishop Street, Suite 2300
Honolulu, Hawai'i 96813
Telephone: (808) 524-5644
E-mail: mbronster@bfrhawaii.com
rhatch@bfrhawaii.com
Attorneys for Plaintiff
ANGELA M. WALKER