UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-MD-03036-KDB

| | | |
|---|---|---|
| IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL No. 3036<br><br>**THIS DOCUMENT RELATES TO ALL BELLWETHER CASES** |

## MERCK'S MOTION TO EXCLUDE TESTIMONY AND OPINIONS OF PLAINTIFFS' EXPERT MARTIN KULLDORFF, PH.D.
Fed R. Evid. 702, Local Civ. R. 7.1

Defendants Merck & Co., Inc. and Merck, Sharp & Dohme LLC (together, "Merck") respectfully move to exclude the testimony of Plaintiffs' expert Martin Kulldorff, Ph.D. In support of this motion, Merck concurrently submits its Memorandum in Support.

This the 6th day of January, 2025.

/s/ Allyson M. Julien

Allyson M. Julien
*Co-Lead Counsel for Merck*
GOLDMAN ISMAIL TOMASELLI
 BRENNAN & BAUM LLP
200 South Wacker Drive
22nd Floor
Chicago, IL 60606
Telephone: (312) 881-5968
Facsimile: (312) 881-5191
ajulien@goldmanismail.com

David C. Wright III
*Liaison Counsel for Merck*
ROBINSON, BRADSHAW & HINSON P.A.
101 N. Tryon Street, Suite 1900
Charlotte, NC 28246

Telephone: (704) 377-8322
Facsimile: (704) 373-3922
dwright@robinsonbradshaw.com

David E. Dukes
*Co-Lead Counsel for Merck*
NELSON MULLINS RILEY &
 SCARBOROUGH LLP
1320 Main St., 17th Floor
Columbia, SC 29201
Telephone: (803) 255-9451
Facsimile: (803) 256-7500
david.dukes@nelsonmullins.com