UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-MD-03036-KDB

| IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 3036<br><br>THIS DOCUMENT RELATES TO ALL BELLWETHER CASES |
|---|---|---|

## APPENDIX OF MATERIALS IN SUPPORT OF MERCK'S MOTION TO EXCLUDE TESTIMONY AND OPINIONS OF PLAINTIFFS' EXPERT MARTIN KULLDORFF, PH.D.

In support of their Memorandum in Support of Motion to Exclude Testimony and Opinions of Plaintiffs' Expert Martin Kulldorff, Ph.D., Defendants Merck & Co., Inc. and Merck Sharp & Dohme LLC submit the following evidentiary materials:

| TAB | DESCRIPTION |
|---|---|
| 1 | Yih W, et al. A Broad Safety Assessment of the 9-Valent Human Papillomavirus Vaccine. *American Journal of Epidemiology*. 2021;190(7):1253-1259 |
| 2 | October 25, 2024 Deposition Transcript of Martin Kulldorff, Ph.D. |
| 3 | Kulldorff Expert Report (Sept. 9, 2024). |
| 4 | Gee J, et al. Monitoring the safety of quadrivalent human papillomavirus vaccine: Findings from the Vaccine Safety Datalink. *Vaccine*. 2011(29):8279-8284 |
| 5 | Yih K, et al. Assessment of Quadrivalent Human Papillomavirus Vaccine Safety Using the Self-Controlled Tree-Temporal Scan Statistic Signal-Detection Method in the Sentinel System. *American Journal of Epidemiology*. 2018;187(6):1269-1276 |
| 6 | European Medicines Agency, Assessment Report on Human Papillomavirus (HPV) Vaccines (November 11, 2015), available at https://www.ema.europa.eu/en/documents/referral/hpv-vaccines-article-20-procedure-assessment-report_en.pdf. |

| 7 | European Medicines Agency ("EMA"), Glossary of Regulatory Terms – Safety Signal, available at https://www.ema.europa.eu/en/glossary-terms/safety-signal |
|---|---|
| 8 | FDA, Potential Signals of Serious Risks (Dec. 30, 2024), https://www.fda.gov/drugs/fdas-adverse-event-reporting-system-faers/potential-signals-serious-risksnew-safety-information-identified-fda-adverse-event-reporting-system (last visited January 4, 2025) |
| 9 | October 18, 2024 Deposition Transcript of Lucija Tomljenovic, Ph.D. |

DATED: January 6, 2025

Respectfully submitted,

*/s/ Allyson M. Julien*

Allyson M. Julien
*Co-Lead Counsel for Merck*
GOLDMAN ISMAIL TOMASELLI
 BRENNAN & BAUM LLP
200 South Wacker Drive
22nd Floor
Chicago, IL 60606
Telephone: (312) 881-5968
Facsimile: (312) 881-5191
ajulien@goldmanismail.com

David C. Wright III
*Liaison Counsel for Merck*
ROBINSON, BRADSHAW & HINSON P.A.
101 N. Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-8322
Facsimile: (704) 373-3922
dwright@robinsonbradshaw.com

David E. Dukes
*Co-Lead Counsel for Merck*
NELSON MULLINS RILEY &
 SCARBOROUGH LLP
1320 Main St., 17th Floor
Columbia, SC 29201
Telephone: (803) 255-9451
Facsimile: (803) 256-7500

david.dukes@nelsonmullins.com