UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-MD-03036-KDB

| | | |
|---|---|---|
| IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 3036<br><br>THIS DOCUMENT RELATES TO ALL BELLWETHER CASES |

### DECLARATION OF ALLYSON M. JULIEN IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE TESTIMONY AND OPINIONS OF PLAINTIFFS' EXPERT MARTIN KULLDORFF, PH.D.

I, Allyson M. Julien, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney licensed to practice in the State of Illinois and admitted to appear as counsel before this Court. I am a partner at the law firm of Goldman Ismail Tomaselli Brennan & Baum LLP, counsel of record for defendants Merck & Co., Inc., and Merck, Sharp & Dohme LLC (together, "Merck") in the above-captioned matter.

2. I submit this declaration in support of Defendants' Motion to Exclude Testimony and Opinions of Plaintiffs' Expert Martin Kulldorff, Ph.D.

3. I have attached an index with true-and-correct copies of materials cited in the brief in support of Merck's motion. These materials include the following:

    a. Materials cited by the plaintiffs' experts in their reports.

    b. Materials from government health-care agencies. These materials are publicly available.

c. Scientific and medical articles and studies. These materials were published in periodicals and many were used as exhibits in various depositions.

d. The report and deposition transcript of plaintiffs' experts, Martin Kulldorff, Ph.D.; and Lucjia Tomljenovic, Ph.D.

Executed on the 6th day of January, 2025, in Chicago, Illinois.

_____
Allyson M. Julien