UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-MD-03036-KDB

| | |
|---|---|
| IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) ) ) | MDL No. 3036<br><br>**THIS DOCUMENT RELATES TO ALL BELLWETHER CASES** |

### MERCK'S AMENDED MOTION TO EXCLUDE TESTIMONY AND OPINIONS OF PLAINTIFFS' EXPERT PETER GØTZSCHE, M.D.
Fed R. Evid. 702, Local Civ. R. 7.1

Defendants Merck & Co., Inc. and Merck, Sharp & Dohme LLC (together, "Merck") respectfully move to exclude the testimony of Plaintiffs' expert Peter Gøtzsche, M.D. In support of this motion, Merck concurrently submits its Memorandum in Support.

This the 6th day of January, 2025.

          */s/ Allyson M. Julien*

          Allyson M. Julien
          Edward Dumoulin
          *Co-Lead Counsel for Merck*
          GOLDMAN ISMAIL TOMASELLI
           BRENNAN & BAUM LLP
          200 South Wacker Drive
          22nd Floor
          Chicago, IL 60606
          Telephone: (312) 881-5968
          Facsimile: (312) 881-5191
          ajulien@goldmanismail.com
          edumoulin@goldmanismail.com

          David C. Wright III
          *Liaison Counsel for Merck*
          ROBINSON, BRADSHAW & HINSON P.A.

101 N. Tryon Street, Suite 1900
Charlotte, NC 28246
Telephone: (704) 377-8322
Facsimile: (704) 373-3922
dwright@robinsonbradshaw.com

David E. Dukes
*Co-Lead Counsel for Merck*
NELSON MULLINS RILEY &
　SCARBOROUGH LLP
1320 Main St., 17th Floor
Columbia, SC 29201
Telephone: (803) 255-9451
Facsimile: (803) 256-7500
david.dukes@nelsonmullins.com