UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-MD-03036-KDB

| IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL No. 3036<br><br>THIS DOCUMENT RELATES TO ALL BELLWETHER CASES |
|---|---|---|

## ORDER

This matter is before the Court on Defendants Merck & Co., Inc., and Merck, Sharp & Dohme LLC's (together, "Merck") Consent Motion to Accept Rule 702 Motion as Timely Filed and to Extend Plaintiffs' Response Deadline (Doc. No. 254).

For good cause shown, Merck's motion is **GRANTED**. Merck's Motion to Exclude Testimony and Opinions of Plaintiffs' Expert Peter Gotzsche, M.D. and supporting memorandum and materials are deemed timely filed. The new deadline for Plaintiffs to respond to the Gotzsche Motion is February 10, 2025.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: January 7, 2025

Kenneth D. Bell
United States District Judge