IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION | MDL No. 3036<br><br>THIS DOCUMENT RELATES TO ALL BELLWETHER CASES<br><br>*Filed Under Seal Pursuant to Stipulated Protective Order (Feb. 14, 2023) (ECF 70)* |

**NOTICE OF SEALED FILING**
Local Civ. R. 6.1(g)

Pursuant to Local Civil Rule 6.1(g), Plaintiffs' Co-Lead Counsel files this notice of the sealed filing of Plaintiffs' brief in opposition to Merck's motion to exclude the expert report and testimony of Dr. Martin Kulldorff. *See* ECF Nos. 238, 239. The brief demonstrates that Merck's motion should be denied because Dr. Kulldorff's expert opinion testimony is admissible pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow*, 509 U.S. 579 (1993) and its progeny. Plaintiffs' Co-Lead Counsel have filed their opposition brief under seal pursuant to paragraph 10 of the Stipulated Protective Order (ECF No. 70) because the brief quotes and attaches materials – including Dr. Kulldorff's report and deposition transcript and internal Merck documents – that have been designated as "CONFIDENTIAL" under the protective order and includes references to information in those materials.

Dated: February 6, 2025

Respectfully submitted,

*/s/ Paul J. Pennock*
Paul J. Pennock
*Co-Lead Counsel for Plaintiffs*
MORGAN & MORGAN
350 Fifth Avenue, Suite 6705

1

New York, NY 10118
Telephone: (212) 738-6839
ppennock@forthepeople.com

K. Rachel Lanier
*Co-Lead Counsel for Plaintiffs*
THE LANIER LAW FIRM
2829 Townsgate Road, Suite 100,
Westlake Village, CA 91361
rachel.lanier@lanierlawfirm.com

Bijan Esfandiari
*Co-Lead Counsel for Plaintiffs*
WISNER BAUM
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
besfandiari@wisnerbaum.com

Allison Mullins
*Liaison Counsel for Plaintiffs*
MULLINS DUNCAN HARRELL &
RUSSELL PLLC
300 N. Greene Street, Suite 2000
Greensboro, NC 27401
Telephone: (336) 645-3321
amullins@turningpointlit.com

*/s/ Josh Autry*
MORGAN & MORGAN
333 W. Vine St, Ste 1200
Lexington, KY 40507
Telephone: (859) 899-8785
jautry@forthepeople.com

## CERTIFICATE OF SERVICE

A copy of this filing was served on all counsel of record through this Court's electronic filing system.

*/s/ Paul J. Pennock*
Paul J. Pennock
*Co-Lead Counsel for Plaintiffs*

*/s/ Josh Autry*
Josh Autry
