# United States District Court
# Western District of North Carolina
# Charlotte Division

In Re: Gardasil Products Liability Litigation

FINAL JUDGMENT IN CASE

THIS DOCUMENT RELATES TO ALL BELLWETHER CASES

3:22-md-03036-KDB

DECISION BY COURT. This action having come before the Court and a decision having been rendered regarding the Bellwether Plaintiffs (Corinn McElerney, Kameron Hilton, Cooper Humphries, Madelyn Lipscomb, Savannah Flores, Nalon A. Soileau, Madelyn Malloy, Megan Marie Roeder, Sonja Wagner, Lakia Brayboy, Mary Ellouise Bond, Chaunna M. Lane, Kristen Linton, Logan T. Dunn, Jaden I. McTighe and Maeson Derr);

IT IS ORDERED AND ADJUDGED that Final Judgment is hereby entered in favor of the Defendants and against the Bellwether Plaintiffs in accordance with the Court's March 11, 2025 Summary Judgment Order.

Signed: April 10, 2025

Katherine Hord Simon, Clerk
United States District Court