IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-MD-03036-KDB

| | |
|---|---|
| IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION | MDL No. 3036<br><br>THIS DOCUMENT RELATES TO ALL BELLWETHER CASES<br><br>Mary Ellouise Bond (3:23-cv-00058)<br>Lakia Brayboy (3:22-cv-00509)<br>Maeson Derr (3:22-cv-00381)<br>Logan T. Dunn (3:23-cv-00129)<br>Savannah Flores (3:22-cv-00397)<br>Kameron Hilton (5:22-cv-00030)<br>Cooper Humphries (3:22-cv-00395)<br>Chaunna M. Lane (3:23-cv-00116)<br>Kristen Linton (3:23-cv-00125)<br>Madelyn Lipscomb (3:22-cv-00396)<br>Madelyn Malloy (3:22-cv-00407)<br>Corinn McElerney (3:22-cv-00382)<br>Jaden I. McTighe (3:23-cv-00130)<br>Megan Marie Roeder (3:22-cv-00431)<br>Nalon A. Soileau (3:22-cv-00399)<br>Sonja Wagner (3:22-cv-00362) |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that the Bellwether Plaintiffs hereby appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment entered by the United States District Court, Western District of North Carolina, Charlotte Division, on April 10, 2025 (Doc No. 310) and the following decisions subsumed in that judgment:

1

1. The February 20, 2025 Order (Doc. No. 286) partially granting and denying Defendants' Merck & Co., Inc. and Merck Sharpe & Dohme LLC's Motion to Exclude Expert Report and Testimony of Dr. Stephen Amato (Doc. No. 185); and

2. The March 11, 2025 Order (Doc. No. 305) granting Defendants' Motion for Summary Judgement Based on Implied Preemption (Doc. No. 188).

3. The June 27, 2024 Order (Doc. No. 156) denying Plaintiffs' Motion to Limit Application of the Court's Order on Defendant' Motion for Partial Judgment on the Pleadings to Plaintiffs Bergin[1] and America[2] and Motion to Find that Subjecting Gardasil Personal Injury Claims to the Vaccine Act Violates the Presentment Clause of the United States Constitution (Doc. No. 136).

4. The March 20, 2024 Order (Doc. No. 132) granting in part and denying in part Defendants' Motion for Partial Judgment on the Pleadings (Doc. No. 68).

5. All prior adverse orders of the District Court which have now merged into the judgment entered on March 11, 2025 in Plaintiffs' Case.

Dated: April 10, 2025

Respectfully submitted,

*/s/ Paul J. Pennock*
Paul J. Pennock
*Co-Lead Counsel for Plaintiffs*
MORGAN & MORGAN
350 Fifth Avenue, Suite 6705
New York, NY 10118
Telephone: (212) 738-6839
ppennock@forthepeople.com

K. Rachel Lanier
*Co-Lead Counsel for Plaintiffs*
THE LANIER LAW FIRM
2829 Townsgate Road, Suite 100,

---

[1] Bergin v. Merck & Co., Inc., et al. CASE NO.3:22-CV-00117
[2] America v. Merck & Co., Inc., et al. CASE NO.3:22-CV-00585

Westlake Village, CA 91361
rachel.lanier@lanierlawfirm.com

Bijan Esfandiari
*Co-Lead Counsel for Plaintiffs*
WISNER BAUM
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 820-7444
besfandiari@wisnerbaum.com

Allison Mullins
*Liaison Counsel for Plaintiffs*
MULLINS DUNCAN HARRELL & RUSSELL PLLC
300 N. Greene Street, Suite 2000
Greensboro, NC 27401
Telephone: (336) 645-3321
amullins@turningpointlit.com

## CERTIFICATE OF SERVICE

A copy of this filing was served on all counsel of record through this Court's electronic filing system.

/s/ Paul J. Pennock
Paul J. Pennock
*Co-Lead Counsel for Plaintiffs*