| | | |
|---|---|---|
| IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 3036<br><br>THIS DOCUMENT RELATES TO ALL CASES |

## SUPPLEMENTAL CASE MANAGEMENT SCHEDULING ORDER

IN ACCORDANCE WITH the Court's April 10, 2025, Order (ECF No. 309) and the jointly proposed schedule submitted by the Parties, the Court hereby amends the case management schedule with respect to the handling of cases in which Plaintiffs allege injuries other than POTS or POI as follows:

| May 29, 2025 | Plaintiffs' MDL leadership shall identify in a Court filing the following: 1) which alleged injuries in cases where Plaintiffs allege injuries other than POTS or POI ("Other Injury Cases") they intend to pursue in good faith in light of the Court's March 11, 2025 Order granting Merck's Motion for Summary Judgment ("MSJ Order"); and 2) which Plaintiffs (by name and docket number) allege those injuries. |
|---|---|
| June 5, 2025 | Plaintiffs shall voluntarily dismiss cases with prejudice that they have not identified in the May 29, 2025 submission. If any cases are not identified by May 29 or voluntarily dismissed with prejudice by June 5, the parties may seek further relief with the Court. |
| September 2, 2025 | Plaintiffs' Rule 26 expert disclosures in support of their opposition to Merck's forthcoming motion(s) for summary judgment |

| | |
|---|---|
| | in the Other Injury Cases on implied preemption grounds due. |
| October 14, 2025 | Merck's responsive Rule 26 expert disclosures (if any) due. |
| November 25, 2025 | Deadline for expert discovery (with Plaintiffs' experts to be deposed first). |
| January 9, 2026 (or an earlier date to be set by the Court) | Implied preemption motion(s) for summary judgment due.<br><br>Rule 702 motion(s) due. |
| 30 days after Merck's opening brief(s) filed | Opposition(s) to implied preemption motion(s) for summary judgment due.<br><br>Opposition(s) to Rule 702 motion(s) due. |
| 21 days after Plaintiffs' opposition brief(s) filed | Replies in support of implied preemption motion(s) for summary judgment due.<br><br>Replies in support of Rule 702 motion(s) due. |

**SO ORDERED.**

Signed: April 16, 2025

Kenneth D. Bell
United States District Judge