# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| In Re: Gardasil Products Liability Litigation | **FINAL JUDGMENT IN CASE**<br><br>THIS DOCUMENT RELATES TO ALL CASES LISTED IN DOCUMENT NO. 315-1<br><br>**3:22-md-03036-KDB** |

DECISION BY COURT. This action having come before the Court and a decision having been rendered granting Summary Judgment and Final Judgment against the Bellwether Plaintiffs (Doc. Nos. 305, 310); and the Parties having stipulated in accordance with that Order that Final Judgment shall also be entered against certain non-bellwether Plaintiffs who allege POTS and/or POI injuries (Doc. No 315);

IT IS ORDERED AND ADJUDGED that Final Judgment is hereby entered in favor of the Defendants and against those Plaintiffs listed in Exhibit A to the Parties Stipulation (Doc. No. 315-1), in accordance with the Court's March 11, 2025 Summary Judgment Order and the Parties' Stipulation.

June 24, 2025

Katherine Hord Simon, Clerk
United States District Court