IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:22-MD-03036-KDB

| | |
|---|---|
| **IN RE: GARDASIL PRODUCTS LIABILITY LITIGATION** | **MDL No. 3036**<br><br>**THIS DOCUMENT RELATES TO ALL NON-BELLWETHER CASES LISTED IN APPENDIX A TO THE NOTICE OF APPEAL** |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that the non-Bellwether Plaintiffs that alleged POTS and/or POI ("Non-Bellwether POTS and POI Plaintiffs")[1] hereby appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment entered by the United States District Court, Western District of North Carolina, Charlotte Division, on June 24, 2025 (Doc No. 317) and the following decisions subsumed in that judgment:

1. The February 20, 2025 Order (Doc. No. 286) partially granting and denying Defendants' Merck & Co., Inc. and Merck Sharpe & Dohme LLC's Motion to Exclude Expert Report and Testimony of Dr. Stephen Amato (Doc. No. 185).

2. The March 11, 2025 Order (Doc. No. 305) granting Defendants' Motion for Summary Judgment Based on Implied Preemption (Doc. No. 188).

---

[1] The "Non-Bellwether POTS and POI Plaintiffs" (sometimes referred to only as "Plaintiffs" in this Notice of Appeal) are listed in Appendix A attached hereto. The Court entered summary judgment as to the Bellwether Plaintiffs on March 11, 2025 (Doc. No. 305). The Bellwether Plaintiffs previously filed their Notice of Appeal to that Judgment and that appeal is ongoing before the Fourth Circuit [No. 25-1383].

3. The June 27, 2024 Order (Doc. No. 156) denying Bellwether Plaintiffs' Motion to Limit Application of the Court's Order on Defendant' Motion for Partial Judgment on the Pleadings to Plaintiffs Bergin[2] and America[3] and Motion to Find that Subjecting Gardasil Personal Injury Claims to the Vaccine Act Violates the Presentment Clause of the United States Constitution (Doc. No. 136).

4. The March 20, 2024 Order (Doc. No. 132) granting in part and denying in part Defendants' Motion for Partial Judgment on the Pleadings (Doc. No. 68).

5. All prior adverse orders of the District Court which have now merged into the judgment entered on June 24, 2025.

Dated: July 11, 2025

Respectfully submitted,

/s/ Paul J. Pennock
Paul J. Pennock
*Co-Lead Counsel for Plaintiffs*
MORGAN & MORGAN
350 Fifth Avenue, Suite 6705
New York, NY 10118
Telephone: (212) 738-6839
ppennock@forthepeople.com

K. Rachel Lanier
*Co-Lead Counsel for Plaintiffs*
THE LANIER LAW FIRM
2829 Townsgate Road, Suite 100,
Westlake Village, CA 91361
rachel.lanier@lanierlawfirm.com

Bijan Esfandiari
*Co-Lead Counsel for Plaintiffs*
WISNER BAUM
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Telephone: (310) 207-3233

---

[2] *Bergin v. Merck & Co., Inc., et al*. Case No. 3:22-CV-00117

[3] *America v. Merck & Co., Inc., et al*. Case No. 3:22-CV-00585

Facsimile: (310) 820-7444
besfandiari@wisnerbaum.com

Allison Mullins
*Liaison Counsel for Plaintiffs*
MULLINS DUNCAN HARRELL &
RUSSELL PLLC
300 N. Greene Street, Suite 2000
Greensboro, NC 27401
Telephone: (336) 645-3321
amullins@turningpointlit.com

# Appendix A

| Plaintiff Name | Case No. |
|---|---|
| Aguilar, Jordan | 3:24-cv-00279 |
| Aguilera, Madison | 3:23-cv-00842 |
| Alexander, Whitney | 3:23-cv-00157 |
| Allen, Christy obo E.A. | 3:23-cv-00772 |
| Ampedu, Laurencia obo J.A. | 3:23-cv-00126 |
| Argiri, Lauren | 3:24-cv-00185 |
| Balasco, Julia | 3:22-cv-00386 |
| Barber, Sharee obo Ab.B. | 3:24-cv-00229 |
| Barger, Rebecca | 3:24-cv-00592 |
| Bello, Cristal | 3:23-cv-00806 |
| Bergin, Payton | 3:22-cv-00117 |
| Bernhang, Denise obo B.B. | 3:24-cv-00245 |
| Betancourt, Valerie | 3:24-cv-00003 |
| Blinstrubas, T.J. & D. obo C.A.B. | 3:24-cv-00126 |
| Boss, Catherine | 3:22-cv-00552 |
| Brady, Samantha | 3:23-cv-00209 |
| Butler, Skylee | 3:22-cv-00406 |
| Canitz, Shannon | 3:22-cv-00435 |
| Cantalupo, Alexandra | 3:24-cv-00301 |
| Carleson, Kylee A. | 3:23-cv-00675 |
| Coggins, Heather | 3:24-cv-00964 |
| Colbath, Michael | 3:22-cv-00398 |
| Cordell, Hailey | 3:24-cv-00877 |
| Counts, Madeline | 3:22-cv-00443 |
| Dalton, Ashley | 3:22-cv-00387 |
| Daniel, Madeline | 3:24-cv-00116 |
| Davis, Hannah | 3:23-cv-00149 |
| Dempsey, Kristen | 3:24-cv-00762 |
| Doyle, Katherine | 3:24-cv-01048 |
| Drummond, Grace | 3:23-cv-00486 |
| Eshelman, Avery | 3:22-cv-00424 |
| Eskew, William | 3:24-cv-00193 |
| Flores, Alexa | 3:24-cv-00289 |
| Flores, Soriely | 3:23-cv-00302 |
| Ford, Aaron | 3:24-cv-00078 |
| Foster, Hannah | 3:23-cv-00120 |
| Gardett, Mackenzie | 3:23-cv-00851 |
| Grabish, Teagan | 3:23-cv-00830 |
| Graves, Paige | 3:22-cv-00445 |
| Graziano, Elizabeth obo S.G. | 3:24-cv-01036 |
| Guillen, Justine | 3:25-cv-00031 |

| | |
|---|---|
| Guzman, Lynn, individually, and as administrator of the estate of Sydney M. Figueroa (minor decedent) | 3:24-cv-00177 |
| Hall, Alina | 3:24-cv-00965 |
| Harnocz, Mary | 3:24-cv-00149 |
| Hartle, Ethan | 3:22-cv-00427 |
| Hass, Emily | 3:23-cv-00671 |
| Heisey, Brianna | 3:23-cv-00641 |
| Helton, Katherine | 3:24-cv-00830 |
| Herlth, Korrine | 3:21-cv-00444 |
| Hinson-Sherwood, Karessa | 3:24-cv-00555 |
| Hoard, Melanie obo R.H. | 3:23-cv-00877 |
| Hoddick, Jeffrey | 3:22-cv-00394 |
| Horochak, Caroline | 3:24-cv-01077 |
| Huie, Hannah | 3:24-cv-00069 |
| Hull, Mary Annalee | 3:25-cv-00154 |
| Iroku, Matthew | 3:24-cv-00505 |
| Kieft, Gwendolyn | 3:23-cv-00636 |
| Kirby, Morgan | 3:24-cv-00543 |
| Kline, Sylvia obo B.H. | 3:24-cv-00115 |
| Krausert, Emma | 3:25-cv-00024 |
| Krupp, Anna | 3:24-cv-00492 |
| Landers, Elizabeth obo I.L. | 3:22-cv-00385 |
| Landers, Krista | 3:22-cv-00360 |
| Lemay-Assh, Chloe | 3:24-cv-00630 |
| Lukas, Sarah | 3:22-cv-00425 |
| Maiella, Kristilee | 3:24-cv-00270 |
| McCann, John | 3:24-cv-00831 |
| McClain, Jency obo M.M. | 3:23-cv-00115 |
| Meier, Joseph | 3:23-cv-00773 |
| Miller, Hunter | 3:24-cv-00099 |
| Morefield, Crystal obo A.J. | 3:24-cv-00210 |
| Muller, Ashley | 3:22-cv-00390 |
| Needham, Tessa | 3:24-cv-00291 |
| Neves, Isabella | 3:22-cv-00446 |
| Nickels, Clara | 3:23-cv-00121 |
| Nikolov, Macaylee | 3:24-cv-01101 |
| Nowakowski, Alexis | 3:23-cv-00847 |
| Nunez, Alexandra | 3:22-cv-00508 |
| O'Brien, Krista | 3:22-cv-00440 |
| Orm, Autumn | 3:23-cv-00455 |
| Parsons, Natalie | 3:24-cv-01034 |
| Pennell, Mackenzie | 3:22-cv-00426 |
| Petz, Haley | 3:24-cv-00009 |
| Phillippi, Haley | 3:23-cv-00740 |

| | |
|---|---|
| Prudden, Christina | 3:22-cv-00429 |
| Punswick, Anna | 3:22-cv-00131 |
| Raimond, Jenna | 3:25-cv-00072 |
| Raymer, Jessica | 3:22-cv-00359 |
| Reddicks, Arianna | 3:22-cv-00438 |
| Robinson, Alyssa | 3:24-cv-00292 |
| Showalter, Katherine | 3:23-cv-00438 |
| Silver, Ruby | 3:22-cv-00384 |
| Sullivan, Emma | 3:22-cv-00400 |
| Sumrall, Jayden | 3:23-cv-00109 |
| Tilley, Olivia | 3:23-cv-00158 |
| Turner, Amy | 3:24-cv-00647 |
| Unrath, Tricia obo A.U. | 3:24-cv-00117 |
| Vacher, Mikayla | 3:24-cv-00294 |
| Vinson, Joseph | 3:24-cv-00938 |
| Walker, Angela | 3:23-cv-00433 |
| Walker, Sahara | 3:22-cv-00388 |
| Wall, Georgia | 3:23-cv-00122 |
| Warren, Andrea Mae | 3:24-cv-00764 |
| Wilfong, Alyssa | 3:23-cv-00119 |
| Wingerter, Ken & Shaun obo H.W. | 3:22-cv-00402 |
| Wren, Willow | 3:24-cv-00428 |
| Zimmerman, Carly | 3:23-cv-00128 |

**CERTIFICATE OF SERVICE**

A copy of this filing was served on all counsel of record through this Court's electronic filing system.

*/s/ Paul J. Pennock*
Paul J. Pennock
*Co-Lead Counsel for Plaintiffs*
