FILED: July 16, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1796
(3:22-md-03036-KDB)

_____

In re: GARDASIL PRODUCTS LIABILITY LITIGATION

-------------------------------

JORDAN AGUILAR; MADISON AGUILERA; WHITNEY ALEXANDER; CHRISTY ALLEN, on behalf of Her Minor Child, E.A.; LAURENCIA AMPEDU, as lawful guardian ad litem of Minor Child J. A.; LAUREN ARGIRI; JULIA BALASCO; SHAREE BARBER, as lawful guardian ad litem of Minor Child A. B.; REBECCA J. BARGER; CRISTAL BELLO; PAYTON BERGIN; DENISE BERNHANG, as lawful guardian ad litem of Minor Child B. B.; VALERIE BETANCOURT; T.J.B., as lawful guardian ad litem of Minor Child C.A.B.; D.B., as lawful guardian ad litem of Minor Child C.A.B.; CATHERINE BOSS; SKYLEE BUTLER; SHANNON CANITZ; SAMANTHA N. BRADY; ALEXANDRA CANTALUPO; KYLEE A. CARLESON; HEATHER COGGINS; MICHAEL COLBATH; HAILEY CORDELL; MADELINE A. COUNTS; ASHLEY DALTON; MADELINE DANIEL; HANNAH E. DAVIS; KRISTEN EDWARDS DEMPSEY; KATHERINE DOYLE; GRACE DRUMMOND; AVERY ESHELMAN; WILLIAM D. ESKEW; ALEXA FLORES; SORIELY FLORES; AARON FORD; HANNAH FOSTER; MACKENZIE GARDETT; TEAGAN GRABISH; PAIGE GRAVES, Individually and on behalf of D. G.; ELIZABETH GRAZIANO, as lawful guardian ad litem of Minor Child S.G.; JUSTINE GUILLEN; LYNNE GUZMAN, Individually and as Administrator of the Estate of Sydney M. Figueroa; ALINA HALL; MARY E. HARNOCZ; ETHAN HARTLE; EMILY HASS; BRIANNA HEISEY; KATHERINE M. HELTON; KORRINE HERLTH; KARESSA HINSON-SHERWOOD; MELANIE HOARD, as lawful guardian ad litem of Minor Child R. H.; JEFFREY K. HODDICK; CAROLINE HOROCHAK; HANNAH M. HUIE; MARY ANNALEE HULL; MATTHEW IROKU; GWENDOLYN KIEFT; MORGAN KIRBY; SYLVIA KLINE, on behalf of B.H.; EMMA KRAUSERT; ANNA KRUPP; ELIZABETH LANDERS,

on behalf of I. L.; KRISTA LANDERS; CHLOE LEMAY-ASSH; SARAH LUKAS; KRISTILEE MAIELLA; JOHN MCCANN; JENCY MCCLAIN, as lawful guardian ad litem of Minor Child M. M.; JOSEPH MEIER; HUNTER MILLER; CRYSTAL MOREFIELD, as lawful guardian ad litem of Minor Child A.J.; ASHLEY MULLER; TESSA NEEDHAM; ISABELLA NEVES; CLARA J. NICKELS; MACAYLEE NIKOLOV; ALEXIS NOWAKOWSKI; ALEXANDRA NUNEZ; KRISTA O'BRIEN, Individually and on behalf of M. O.; AUTUMN ORM; NATALIE G. PARSONS; MACKENZIE PENNELL; HALEY PETZ; HALEY PHILLIPPI; CHRISTINA L. PRUDDEN; ANNA PUNSWICK; JENNA RAIMOND; JESSICA RAYMER; ARIANNA REDDICKS; ALYSSA ROBINSON; KATHERINE SHOWALTER; RUBY SILVER; EMMA SULLIVAN; JAYDEN SUMRALL; OLIVIA TILLEY; AMY TURNER; TRICIA UNRATH, on behalf of A.U.; MIKAYLA J. VACHER; JOSEPH VINSON; ANGELA M. WALKER; SAHARA WALKER; GEORGIA T. WALL; ANDREA MAE WARREN; ALYSSA M. WILFONG; KEN WINGERTER; SHAUN WINGERTER; WILLOW WREN; CARLY ZIMMERMAN

    Plaintiffs - Appellants

 and

KAMERON HILTON; TANJA WAGNER, on behalf of S. W.; SCOTT WAGNER, on behalf of S. W.; JASMYNE GRAMZA; ADRIANA MERINO; ALLEN VELA, on behalf of J.V.; EDNA BARBA, on behalf of J.V.; MAESON DERR; CORINN MCELERNEY; MARK THOMAS, on behalf of Z. T.; COOPER HUMPHRIES; MADELYN LIPSCOMB; SAVANNAH FLORES; NALON A. SOILEAU; DARBY HENDRIX; CARISSA FETTERS, as lawful guardian ad litem of Minor Child S.F.; EDUARDO ATJIAN, II; MADELYN MALLOY; JULIETTE LEVY, as lawful guardian ad litem of Minor Child J. L.; MEGAN MARIE ROEDER; AUDREY HINOJOSA HERNANDEZ SARNI; AINA RIZVI; CHERYL ROLF, on behalf of M.R.; MADISON IVEY; TRISTEN J. HORTON; CAMILLE NYBOER; LAKIA BRAYBOY; KELLI S. FOLEY, individually and as Administratrix of the Estate of Noah Tate Foley; CLIFTON K. FOLEY, individually and as Administratrix of the Estate of Noah Tate Foley; DANA HILDEN; ASHLEY AMERICA; KAITLYN KING; FAHTIMA ISAAC; LJUBITZA GHIARDI; COURTNEY KUNYSZ; ASHLYN BANCROFT; MARY ELLOUISE BOND; EMILY CAFARELLA; SEAN C. SICARD; ERIKA N. SNELL; CHAUNNA M. LANE; KRISTEN LINTON, as lawful guardian ad litem of Minor Child C. K.; LOGAN T. DUNN; JADEN I. MCTIGHE; CAROLINE GRACE CANTERA; RYAN SUGHRUE; MICHELE DAMIANO;

AUSTIN L. DEGRANGE; HAILEY SCHMACHT; ELAINA BOUW; ARTURO VASQUEZ, II; REBECCA SULLIVAN, as lawful guardian ad litem of Minor Child A. S.; IMANI CORBETT; CHASE A. CLARKE; MARY WHITE, as lawful guardian ad litem of Minor Child M.A.; KATHERINE E. MILLER; JODIE E. JOHNSON; YOUN HEE LEE; CIENA WESTRICH; GIANNA N. DINARDO; ANN MARIE INDORF, as lawful guardian ad litem of Minor Child K.I.; TAYLOR ARCHIBALD-ROMERO; MAIAH FAAPOULI; MEGAN ROGERS; LINDSEY PEPPERS; KATIE R. NEHRING; REBECCA GRAEME; SHERRY BURD, as lawful guardian ad litem of Minor Child E. B.; TAREK H. MAKKI; BRAELYN CATES; MARYAH N. BETHEL; AARON MILLER; ADRIAN MONTANO; KAITLYN WILSON; JUNIOUS NIELSEN; LESLIE M. MARTINEZ; SUZANNE TANNER, as lawful guardian ad litem of Minor Child L. T.; SHILOH WILLIAMS; ANDREA LEATHERS; ALEXIS HOBACK; KRISTEN MCCAFFERTY; HARMONY L. CALHOUN; TORRI KIDDER; STEPHANIE M. MCCOY; ASHLEY B. JOHNS; CHARLEIGH GADD; LAUREN JOHNSON; JACOB DRAKE; CLARISSA D. OLIVE; PHAEDRA MCLAUGHLIN; LAUREN HOOVER; NICHOLAS POLITANO; JADA BRISBOIS; LYNDZEE WEISS; KRISTINE ZUGGI, Individually and as Administrator of the Estate of Isabella L. Zuggi; DAVID HAMMETT, on behalf of minor child, E.H.; JUDY HAMMETT, on behalf of minor child, E.H.; PARKER G. ESKEW; JESSICA A. FISCHER; MATTHEW LAURENZI; EMILY MERCER; JESSICA N. BROWN; ANNALISE N. GRATOVICH; ERIN FERGUSON, as Administrator of the Estate of Haley N. Ferguson; AVA WILSON; CASSANDRA L. SURACI; ASHLEY LANGELIER; SHAREE BARBER, as lawful guardian ad litem of Minor Child A. B.; SHANIE D. ROMAN; ELIZABETH MILLER; SAMANTHA SEAGER; CHRIS STRICKLAND, individually and as next friend of K. S.; AMANDA FLORES, as guardian ad litem of J.F.; CARLEY L. KUNYSZ; SHEA GILLSTRAP, as lawful guardian ad litem of Minor Child A.N.; MELISSA MALLOY; ELLA BURROUGHS; SHYLA SMITH; REBECCA J. BARGER; HALYN DUTCHER; ZACHARIA FARAG; ELIZABETH NEATHERY; LENZIE BULLER; CHRISTIAN ROBERTSON; MONIQUE PADFIELD; JOSHUA STEVEN ROGERS; SONJA WAGNER; LAURYN E. THOMAS; MEGAN KEPHART; ADI R. EMINENTE; YASMIN HINES; CANDY SPEAGLE; SARAH PAPPALARDO; LUIS TORRES-PEREYRA; CASSANDRA LYNN; CARINA PHILLIPS; MICHELLE SOSA-BEARD; ABIGAIL WALTERS; JOANNA RATCLIFFE; KENYONDRA LANGFORD, as lawful guardian ad litem of Minor Child J. S.; APRIL MCMAHAN; LUKE LAPORTA; NATASHA DORSEY; NADIA NOEL; ELIZABETH LAYNE

              Plaintiffs

v.

MERCK & COMPANY, INCORPORATED; MERCK SHARP & DOHME LLC

  Defendants - Appellees

and

WATCHUNG PEDIATRICS, a Partnership; VINEETHA A. ALIAS, D.O.; SUSAN P. KORB, APN; DOES THROUGH , inclusive

  Defendants

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of North Carolina at Charlotte |
| Originating Case Number | 3:22-md-03036-KDB |
| Date notice of appeal filed in originating court: | 07/11/2025 |
| Appellant(s) | JORDAN AGUILAR; MADISON AGUILERA; WHITNEY ALEXANDER; CHRISTY ALLEN, on behalf of Her Minor Child, E.A.; LAURENCIA AMPEDU, as lawful guardian ad litem of Minor Child J. A.; LAUREN ARGIRI; JULIA BALASCO; SHAREE BARBER, as lawful guardian ad litem of Minor Child A. B.; REBECCA J. BARGER; CRISTAL BELLO; PAYTON BERGIN; DENISE BERNHANG, as lawful guardian ad litem of Minor Child B. B.; VALERIE BETANCOURT; T.J.B., as lawful guardian ad litem of Minor Child C.A.B.; D.B., as lawful guardian ad litem of Minor Child C.A.B.; CATHERINE BOSS; SKYLEE BUTLER; SHANNON CANITZ; SAMANTHA N. BRADY; ALEXANDRA CANTALUPO; KYLEE A. CARLESON; HEATHER |

COGGINS; MICHAEL COLBATH; HAILEY CORDELL; MADELINE A. COUNTS; ASHLEY DALTON; MADELINE DANIEL; HANNAH E. DAVIS; KRISTEN EDWARDS DEMPSEY; KATHERINE DOYLE; GRACE DRUMMOND; AVERY ESHELMAN; WILLIAM D. ESKEW; ALEXA FLORES; SORIELY FLORES; AARON FORD; HANNAH FOSTER; MACKENZIE GARDETT; TEAGAN GRABISH; PAIGE GRAVES, Individually and on behalf of D. G.; ELIZABETH GRAZIANO, as lawful guardian ad litem of Minor Child S.G.; JUSTINE GUILLEN; LYNNE GUZMAN, Individually and as Administrator of the Estate of Sydney M. Figueroa; ALINA HALL; MARY E. HARNOCZ; ETHAN HARTLE; EMILY HASS; BRIANNA HEISEY; KATHERINE M. HELTON; KORRINE HERLTH; KARESSA HINSON-SHERWOOD; MELANIE HOARD, as lawful guardian ad litem of Minor Child R. H.; JEFFREY K. HODDICK; CAROLINE HOROCHAK; HANNAH M. HUIE; MARY ANNALEE HULL; MATTHEW IROKU; GWENDOLYN KIEFT; MORGAN KIRBY; SYLVIA KLINE, on behalf of B.H.; EMMA KRAUSERT; ANNA KRUPP; ELIZABETH LANDERS, on behalf of I. L.; KRISTA LANDERS; CHLOE LEMAY-ASSH; SARAH LUKAS; KRISTILEE MAIELLA; JOHN MCCANN; JENCY MCCLAIN, as lawful guardian ad litem of Minor Child M. M.; JOSEPH MEIER; HUNTER MILLER; CRYSTAL MOREFIELD, as lawful guardian ad litem of Minor Child A.J.; ASHLEY MULLER; TESSA NEEDHAM; ISABELLA NEVES; CLARA J. NICKELS; MACAYLEE NIKOLOV; ALEXIS NOWAKOWSKI; ALEXANDRA NUNEZ; KRISTA O'BRIEN, Individually and on behalf of M. O.; AUTUMN ORM; NATALIE G. PARSONS; MACKENZIE PENNELL; HALEY PETZ; HALEY PHILLIPPI; CHRISTINA L. PRUDDEN; ANNA PUNSWICK; JENNA RAIMOND; JESSICA RAYMER; ARIANNA REDDICKS; ALYSSA ROBINSON; KATHERINE SHOWALTER; RUBY SILVER; EMMA SULLIVAN; JAYDEN SUMRALL; OLIVIA TILLEY; AMY TURNER; TRICIA UNRATH, on behalf of A.U.; MIKAYLA J. VACHER; JOSEPH VINSON; ANGELA M. WALKER; SAHARA WALKER; GEORGIA T. WALL; ANDREA

|  | MAE WARREN; ALYSSA M. WILFONG; KEN WINGERTER; SHAUN WINGERTER; WILLOW WREN; CARLY ZIMMERMAN |
|---|---|
| Appellate Case Number | 25-1796 |
| Case Manager | Rachel Phillips<br>804-916-2702 |